## United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

E-FILING

| | |
|---|---|
| TODD S. GLASSEY<br>305 McGaffigan Mill Road<br>Boulder Creek, California 95006<br><br>and<br><br>MICHAEL E. MCNEIL<br>PO Box 640<br>Felton, California 95018-0640<br><br>Plaintiffs,<br><br>vs.<br><br>The Government's of UK and its external<br>nations: Australia, South Africa, Japan,<br>Canada, and the EU Council on behalf of the<br>Nations of the EU and Ireland (RoI)<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE NO. FILED

JUDGE   OCT 03 2016

CLERK SUSAN Y. SOONG
NORTHERN DISTRICT COURT
SAN JOSE CALIFORNIA

JASTA COMPLAINT

Jury Demand Endorsed Herein

ADR

CV16-05606

# Table of Contents

1. Definitions............................................................................................................3

    Nation State Defendants...............................................................................4

    DOES/ROES.................................................................................................5

2. The Patents – US6370629 et al and US6393126 et al....................................6

    War Crime Defined in the ROME STATUTE and its application to Patent
    Theft and Frauds by Governments and their Agents.....................................9

3. JURISDICTION AND VENUE....................................................................10

4. HISTORY.......................................................................................................10

5. History: The Settlements...............................................................................11

    The Toxic Successor Clause.......................................................................12

6. The Hardwired California Law Selection......................................................13

    JASTA and Financial Terrorism – The Market Manipulation of an entire
    Market which would have been controlled by a US owned patent;
    .....................................................................................................................14

    USG denied VOCA Standing.......................................................................15

7. The Claims.....................................................................................................15

    CLAIM 1 – The UK and Her Majesties Government....................................15

    CLAIM 2 – The Government of Australia...................................................16

    CLAIM 3 – The Government of South Africa..............................................16

    CLAIM 4 – The Government of Canada......................................................17

    CLAIM 5 – The Government of Ireland......................................................17

    CLAIM 6 – The Turks and Caicos Financial Services Commission...................18

    CLAIM 7 – The BVI Financial Services Commission........................................18

    CLAIM 8 – the EU and European Commissioner........................................19

8. Prayer for Relief.............................................................................................19

May it please the Court, for their Complaint, Plaintiffs Todd S. Glassey and Michael E. McNeil state as follows:

1. **Definitions**

*1.* Plaintiffs are individuals who were, for all times relevant hereto, residents of Santa Cruz County, California.

*2.* Defendant Microsemi ("Microsemi")  Inc is on information and belief, a California based US Corporation.  Historically,

*3.* Defendant Microsemi and Symmetricom merged in 2013 to create the new Microsemi  corporation in 2013 as such Microsemi is, on information and belief, the successor in interest for any liabilities of Symmetricom.

*4.* Symmetricom Inc. (post merger), ("Symmetricom"), was, on information and belief, a Delaware corporation with its principal place of business in Irvine California.

*5.* Symmetricom did, on information and belief, through a merger with Datum ("Datum"), acquire the assets and liabilities of Datum, Inc. in 2002 and a new corporation "Symmetricom Inc" was created.

*6.* DATUM, Inc. ("DATUM"), was, on information and belief, a Delaware corporation with its principal place of business in Irvine California but the Bancom Division of Datum was located in San Jose  California.

*7.* Digital Delivery, Inc. ("DDI"), was, on information and belief, a corporation with its principal place of business in Massachusetts.  Plaintiffs retained DDI to file a patent for them which DDI later filed as an Amendment to an existing patent they were in possession of as its inventors;

8.      Datum did, on information and belief, acquire the assets and liabilities of Digital

Delivery, Inc. ("DDI") in or about July 1999 in violation of contractual terms between

DDI and Plaintiffs. DDI converted and transferred US6370629 to Datum Corporation in

violation of the Agreement between DDI and Plaintiffs.


**Nation State Defendants**

9.      Under the JASTA Statute, we name the following Nation States as members of the

Plaintiffs;

10.     Each has an illegally filed instance of US6370629 filed in their Patent Office and

have refused to allow the revival or prosecute the fraudulent filing;

11.     As such they each became parties to the original frauds in each of their

jurisdictions and members of of the original conspiracy to "file-and-then-abandon to

prevent enforceability" an action seizing the property in violation of the War Crimes

Section of the ROME STATUTE and converting it illegally into a public resource for

their nation free-to-use in all instances; as the sole beneficiaries therein those Nations

are the benefactors of this act of Financial Terrorism.

    a.  The Nation of Australia is the Sovereign Nation of Australia and its Prime
Minister;

    b.  The Nation of South Africa is the sovereign Nation of South Africa and its
Prime Minister;

    c.  The Nation of Canada is the sovereign Nation of Canada and its prime
Minister;

4

12.    The Nations of the EU are collectively and figuratively named as both EU and individual defendants including the Sovereign Nations of the EU and their respective Prime Ministers or elected governing officer/Monarchs.

    a.  Including but not limited to the Nations of Germany, France, and Britain while it was a member of the EU;

13.    The Nations of the UK are the Sovereign Nations of the UK including but not limited to all nations of the UK today as well as England's protectorates;

SEE DEFENDANTS DEFINITION PAGES

## DOES/ROES

14.    Additionally the following are listed as DOES because we have not identified the specific party within their governments who were responsible for the cover-up or refusal to implement the controls for the properties seized in the various nations.

15.    The Nation of Japan is the sovereign Nation of Japan and its Prime Minister; It is listed as a DOE while Discovery Commences to properly identify its direct participants in this war crime action. They also have an instance of US6370629 illegally filed (JP2000163379A) and then abandoned in their jurisdiction meaning they also have converted the Property Rights against US6370629 to be a piece of their public-property.

16.    As such each of these three filings (KO, JP, and BR) is an additional war crime instance as well under the same logic as the named defendants.

17.    The Nation of South Korea, is the sovereign Nation of South Korea and its Prime Minister; It is listed as a DOE while Discovery Commences to properly identify its direct participants in this war crime action.

18. They (South Korea) also have an instance of US6370629 illegally filed (KR20000035093A) and then abandoned in their jurisdiction meaning they also have converted the Property Rights against US6370629 to be a piece of their public-property.

19.    As such each of these three filings (KO, JP, and BR) is an additional war crime instance as well under the same logic as the named defendants.

20.    The Nation of Brazil is the sovereign Nation of Brazil and its President; It is listed as a DOE while Discovery Commences to properly identify its direct participants in this war crime action. They also have an instance of US6370629 illegally filed (BR9904979A) and then abandoned in their jurisdiction meaning they also have converted the Property Rights against US6370629 to be a piece of their public-property.

21.    As such each of these three filings (KO, JP, and BR) is an additional war crime instance as well under the same logic as the named defendants.

### 2.    The Patents – US6370629 et al and US6393126 et al

22.    '629 is US Patent US6370629; Filed without authorization or clear title in Australia, Brazil South Africa, South Korea, Japan; Canada and the EU and abandoned causing Glassey and McNeil loss of enforcement rights in those jurisdictions.

| App/Patent Number | Nation | Filing Date | Authorize Date | Status | Publication Date |
|---|---|---|---|---|---|
| AU54015/99 | Australia | 10/14/99 | None | Abandoned | |
| CA2287596 | Canada | 10/26/99 | None | Abandoned | |
| EU0997808A3 | EU | 10/27/99 | None | Abandoned | 04/23/03 |
| BR9904979A | Brazil | 10/29/99 | None | Abandoned | 12/19/00 |
| ZA9906799 | South Africa | 10/29/99 | 5/2000 but never paid for | Abandoned | 06/21/00 |
| JP2000-163379 | Japan | 10/29/99 | None | Abandoned | 06/16/00 |
| KO2000-0035093 | South Korea | 10/28/99 | None | Abandoned | 06/26/00 |

23.      None of the instances of the above patents were properly released (i.e. there are no legal-releases to allow for their filing, further none were paid for. All were abandoned and all of the filing nations have both refused to revive those illegally filed instances or prosecute the parties responsible for committing a fraud in their Jurisdiction. This mechanically is a War Crime because it constitutes a Taking of those Properties in seven Jurisdictions as a global action, a conspiracy.

24.      As such, all form IRC165 Fraud Losses against "the total enforcement losses against PHASE-II IP, the core timestamping functionality which is the magic in the US6370629 Patent.

25.      It, those stolen IP's, are so heavily used today most people think it – those protected methods have always been a part of everything.

26.      The catastrophic losses based on mass frauds against the IP under treaty controls forms a Financial Act of Terrorism in each of the core Jurisdictions and binds the Government's protecting those parties by refusing to prosecute, and revive those patents as Terrorists under the Statute's meaning and definition.

27.    '3126 is US patent US6393126 B1 a "System and methods for generating trusted and "authenticatable time stamps for electronic documents"; Published in Canada (CA2398415 A1) the EU as EP 1279287 A1; and further as WO2001063927 A1.

28.    The 3126 Patent was filed asserting original inventorship "against one of the software systems which Plaintiffs took to Microsemi and which are controlled by a settlement acknowledging that Plaintiffs are the owners and that Microsemi only holds limited rights, and as such doesn't have sufficient rights to assert filing status as well as having misrepresented the inventors as their own staff;

29.    Today US6393126 controls many sophisticated digital evidence applications including those inside the NSA's PRISM and other FBI/DOJ systems, so the importance and technical excellence of the Plaintiffs Intellectual Property is critical to the Operations of the US Government today; something which has led to serious problems previously resolving simple licensing.

**Funds Defined**

30.    Per the Prohibitions against the Financing of Terrorism (18 USC §2339C) Definition Funds are defined as

(e)Definitions.—In this section—

(1)
the term "funds" means assets of every kind, whether tangible or intangible, movable or immovable, however acquired, and legal documents or instruments in any form, including electronic or digital, evidencing title to, or interest in, such assets, including coin, currency, bank credits, travelers checks, bank checks, money orders, shares, securities, bonds, drafts, and letters of credit;

31.As such the Patent Filings in each Jurisdictions constitute value under the Funds definition for qualifying globally run patent frauds as a financial terrorist act as was

done here.  The key phrase is "and legal documents or instruments in any form" which are exactly that of the Patent Filings with those nations.

### War Crime Defined in the ROME STATUTE and its application to Patent Theft and Frauds by Governments and their Agents

32.   Per the Rome Statute[1] 2 a property conversion can be a war crime.  For the purpose of this Statute, 'war crimes' means:

    a.   (a) Grave breaches of the Geneva Conventions of 12 August 1949, namely, any of the following acts against persons or property protected under the provisions of the relevant Geneva Convention:  (iv) Extensive destruction and appropriation of property, not justified by military necessity and carried out unlawfully and wantonly;

    b.   (b) Other serious violations of the laws and customs applicable in international armed conflict, within the established framework of international law, namely, any of the following acts: (ii) Intentionally directing attacks against civilian objects, that is, objects which are not military objectives;  (iv) Intentionally launching an attack in the knowledge that such attack will cause incidental loss of life or injury to civilians or damage to civilian objects or widespread, long-term and severe damage to the natural environment which would be clearly excessive in relation to the concrete and direct overall military advantage anticipated;

33.   As such, any actions which catastrophically damage properties across all key Market's which are crucial to the operations of those markets, in a form which makes

---

[1]https://www.icc-cpi.int/nr/rdonlyres/ea9aeff7-5752-4f84-be94-0a655eb30e16/0/rome_statute_english.pdf

those properties available free, but through a criminal enterprise, which the Local Government refuses to correct, constitutes an act of International Terrorism by a Government Entity.

### 3.  JURISDICTION AND VENUE

**34.**　　This Court has original subject matter jurisdiction over this suit pursuant to JASTA, "Justice Against Sponsors of Terrorism Act" Senate Bill 2040/114 Congress;

### 4.  HISTORY

**35.**　　After a number of 'questionable actions' Plaintiffs signed settlements to allow for the cessation of hostilities pertaining to two sets of Intellectual Property. One which Plaintiffs took to Microsemi to get a quote to produce it, and another which was a patent which they had contracted with another party to file as a Patent Agent;

**36.**　　Apparently, Microsemi after reviewing the patent application and understanding its control over GPS Weapons and other Commerce Systems they made a hostile takeover of the Agent (Microsemi bought the Patent Agent entity "Digital Delivery") and then commenced on a global campaign to 'register illegally and then abandon instances of US6370629 in the EU, Canada, Brazil, South Africa, Australia, Japan, and South Korea';

**37.**　　All of which they kept secret from Plaintiffs;

**38.**　　The sole purpose of this "was apparently to stop Plaintiffs from filing for those IP protections in those Jurisdictions";

**39.**   The action because of what the Patent Controlled, Banking, Weapon, and related Digital Receipt processes, constitutes an attack against the Financial Sovereignty of the US by creating IRC165 Fraud Losses in foreign Nations.

**40.**   These were lead by Microsemi executive Erik Van Der Kaay, a non-US Citizen we believe in concert with his Attorney John Cannon of Stradling Yocca Rauth and Carlson;

**41.** Mr. Van Der Kaay currently works for a German Company as best we can tell meaning he fled the US;

**42.**   Since that time several other Microsemi executives and Attorney's have been involved in 'the cover up of Microsemi's clearly nefarious actions in concert with several governments they sell equipment to';

**43.**   As such we allege and assert that Microsemi executives in concert with the Nation's named have committed financial terrorism against the assets of the Plaintiffs and caused the US Tax Payer grave damage in the process; That they have done this with the help and cooperation of various nations to 'prevent enforcement of US6370629 controls in their jurisdictions'.

**44.**   Further because of this those Government Officers participating in that action constitute viable candidates for naming they through their Governments in JASTA actions.

5.   **History: The Settlements**

11

45.     On Nov 19 1999 Plaintiffs without knowledge of the already illegally filed patent instances, entered into a Settlement "for one instance of a patent". The settlement was not intended to provide commercial use of the IP but rather to end a lawsuit in the California State Courts. Because of this limitation in the intent of the Settlement it came with a toxic lock-down clause in the Successor Controls (ss8.4) which mechanically prevents relicensing of the product without a hard-wired choice of law".  It rather requires any and all users to accept the terms of the agreement fully and they are tied to an acceptance of California and only California Law as the Choice of Law pertaining to the IP's use.

**The Toxic Successor Clause**

46.     Under the Contracts' terms "The 'first Successor is synthetically limited to accepting the IP under a proviso which is constrained by a California Law Mandatory Selection". It means the Choice of Law for any use including derivative uses, is California and only California. It is specifically intended to create a situation where Microsemi would be forced to renegotiate the contracts terms to allow them to resell the product under a model where the end-user could select their own choice of law.

47.     Microsemi breached the contract and instead ran a campaign with other national contacts within various governments to 'black-hole' the IP in their jurisdiction's – i.e. to register it and then abandon it to make it public domain in those jurisdictions.

48.     This constitutes a forced-fraud loss in the US as well as those nations; constitutes treaty and other regulatory infringements because this IP controls banking systems,

meaning all actions mechanically become banking fraud and trigger the money laundering statutes automatically.

49.   The Governments of Australia, Canada, The EU, South Africa, South Korea, and Brazil have all passively or actively refused to accept any petition to revive the patents, refuse to return calls, or correspondence pertaining to damage claims or the patents and the frauds in their jurisdictions; as such the Government's themselves are parties to this fraud, and liable for the Taking, a financial action of international antitrust, and global financial terrorism.

50.   As such  these actions constitutes an act of global financial terrorism by several US Lawyers, and a group of foreign executives with their partners, the Named Nations and their Prime Ministers.

51. In all instances the Nations as defined in the titling have blocked revival, refused prosecution; use and resell the Intellectual Property in Energy, Banking, Weapons and Internet systems; all used in Money Transfer and Banking; all with the constructs of the California Law clause tying it to the Settlement Contracts;

6.   **The Hardwired California Law Selection**

52.   The effect of the Successor clause is 'transcendental' in form specifically and this is intended as a clear reading of section 8.4, then 8.3, 8.2, and finally 8.1 clearly says.

53. It makes it impossible to relicense or create a derivative product; or use the technology in other things like Metadata Headers in various things without applying that mandatory California Law.

**JASTA and Financial Terrorism – The Market Manipulation of an entire Market which would have been controlled by a US owned patent;**

54. Our allegation is simply that "Illegally filing those patents to 'make it impossible to enforce the California Law Settlement Terms' constitutes an act of Financial Terrorism" under the statutes *and as such is addressable under that context separate from any previous court review of the Contracts*; The JASTA LEGISLATION provides the basis for this claim as well.

55. The implications are simply, if you use the IP in compliance with the Settlement Terms then you apply California Law. The sole intent of such a cumbersome restriction was to force a renegotiation at the earliest point possible.

56. As such US6370629 was illegally filed in a number of nations and abandoned, causing a 'black-hole' around the protected methods in the US to be created in each of those jurisdictions; they are Brazil, Australia, South Africa, South Korea, Japan, Canada and the EU;

57. In all instances they were originally filed without any release per the requirements of the Paris Accord (the Treaty of 1883) and its standards "that each Patent instance is a separate instance and is controlled separately".

58. As such the US6370629 Settlement doesn't control any other filings; and as such the action of illegally filing and then abandoning them constitutes separate International

War Crimes under the Rome Statute (The International Crime Court's) Article 8, Section 2(A)(iv). Each illegally filed patent is its own War Crime under the Statute;

## USG denied VOCA Standing

59.     In the US Victims of War Crimes are entitled to VOCA standing;

60.     USG has denied that to any party herein as well as refused to acknowledge its use of the same

## 7.     The Claims

## CLAIM 1 – The UK and Her Majesties Government

61. CLAIM 1 – The UK and Her Majesties Government   - including the GCHQ, Surveillance Directorate, and National Crime Authority (in its role absorbing the Financial Conduct Authority agency and others it holds).

62.     The UK today uses US6370629 and US6393126 protected methods in violation of the CONTRACTS ACT OF 1999 and its mandatory requirements for the UK Nations to embrace and enforce the Settlement Agreements fully. Today the UK operates 100% outside the terms of the Settlements which limit its use and require it to "Apply the Law of the State of California" to any uses thereof of said-same properties.

63.     Because of its actions in 'taking' (the seizure and refusal to enforce the Settlement Terms or prosecute any of the related frauds therein it has jurisdiction over, Her Majesties Government has mechanically seized property and redistributed it illegally and as a war crime, to the citizens of the Nations of the UK and its partners.

**CLAIM 2 – The Government of Australia**

64.     **CLAIM 2 – The Government of Australia –** The Government of Australia covered up the illegal filing of 54015/99, an instance of US6370629 filed without permission and then abandoned.

65.     Australia has refused to prosecute this fraud while it, the Government of Australia itself uses the stolen property in all of its computers and computer networking systems today.

66.     Further this action by Australia functionally turns over all enforcement rights against AP54015/99 to the People of Australia and so consists of a taking, a war crime under the definitions thereof in the ROME STATUTE as well.

**CLAIM 3 – The Government of South Africa**

67.     **CLAIM 3 – The Government of South Africa -** The Government of South Africa covered up the illegal filing of ZA9906799A, an instance of US6370629 filed without permission and then abandoned. South Africa like all other UK and related Nations has refused to prosecute this fraud while it, the Government of South Africa itself uses the stolen property in all of its computers and computer networking systems today.

68.     Further this action by South Africa functionally turns over all enforcement rights against ZA9906799 to the People of South Africa and so consists of a taking, a war crime under the definitions thereof in the ROME STATUTE as well.

**CLAIM 4 – The Government of Canada**

69.     CLAIM 4 – The Government of Canada - The Government of Canada covered up the illegal filing of CA22875961A, an instance of US6370629 filed without permission and then abandoned.

70.     Canada like all other UK and related Nations has refused to prosecute this fraud while it, the Government of Canada itself uses the stolen property in all of its computers and computer networking systems today.

71. Further this action by Canada functionally turns over all enforcement rights against CA22875961A to the People of Canada and so consists of a taking, a war crime under the definitions thereof in the ROME STATUTE as well.


**CLAIM 5 – The Government of Ireland**

72.     CLAIM 5 – The Government of Ireland is tied to both the Patent Fraud around EP0997808A3 which is a War Crime performed for the benefit of the EU Citizens by the EU Commission itself under the control of Competition Commissioner Margrethe Vargester and is controlled under Gary Tobin, Director of the Tax Authority (Ireland's version of the Financial Services Commission).

73.     The Irish Republic uses the IP for its own operations and allows Microsoft, Google, Facebook, Apple and others to illegally use the War-Crime controlled properties inside software systems used in banking there. Ireland then is illegally re-assigning control and use of the US6370629 and EP0997808A3 Fraud IP controls to Microsoft, Google, Apple, Facebook and others fully. That then is a War Crime under the definition of the ROME STATUTE for property conversion outside of treaties and its own law.

17

74.      As such any and all US Corporations tied to that are guilty of a criminal fraud which would allow IRS to immediately step in. It is important to notice IRS also has not used JASTA itself to force off-shored money which is in fact tied to Terrorism to be seized in any form we are aware of.  In Ireland's case, we have served notice and presented all the key documents justifying and supporting our demands they come into immediate compliance with their and the EU's War Crimes statutes and provide full access to US Corporations and others illegally receiving service through Irish entities and locations where the property is illegally used therein.

## CLAIM 6 – The Turks and Caicos Financial Services Commission

75.      CLAIM 6 – The Turks and Caicos Financial Services Commission authorize the use of US6370629 IP based on their being tied to the UK Contracts Act of 1999. The TCIFSC then is a party to the War Crime because it insists on allowing all parties to use the properties fully.

76.      This constitutes a seizure and re-assignment of ownership not only to the People of the TCI but also to the Companies who have located themselves there and so consists of its own War Crime violation as well. Again the TCIFSC is performing State Sponsored Terrorism herein.

## CLAIM 7 – The BVI Financial Services Commission

77. CLAIM 7 – The BVI (British Virgin Islands) Financial Services Commission authorize the use of US6370629 IP based on their being tied to the UK Contracts Act of 1999. The BVIFSC then is a party to the War Crime because it insists on allowing all parties to use the properties fully.

78.     This constitutes a seizure and re-assignment of ownership not only to the People of the BVI but also to the Companies who have located themselves there and so consists of its own War Crime violation as well. Again like the TCIFSC the BVIFSC is performing State Sponsored Terrorism herein.

**CLAIM 8 – the EU and European Commissioner**

79.     CLAIM 8 – the EU and European Commission Commissioner Margarethe Vestager, Commissioner of Competition are direct parties to the War Crime and taking of the EP0997808A3 Patent; The EU has refused to revive the Patent Filing, and formally continues to both use it in operating the EU itself and provides free-use of the same property to all members of the EU. As such the EU is responsible for the full loss against the EU instance of US6370629 (EP0997808A3) which was prosecuted through Publication (A3 stage) and then abandoned to create a black-hole around US6370629 IP in the EU.

80.     This action has created a situation where "Any Bank in ANY EU Nation or any Financial Provider" using the Stolen IP is tied to the War Crime of the Property Seizure itself. As such they are liable under the JASTA as State Sponsored Property-Terrorism; It also controls energy sales across the EU and UK as well. Both are fraud losses formally in the US now because of this War Crime and State Sponsored Terrorist Action.


8.     **Prayer for Relief**

81. WHEREFORE, Plaintiffs Michael E. McNeil and Todd S. Glassey request this Court to enter judgment and provide an order acknowledging damages under the JASTA Statute for illegally filed instances of US63760629 and US6393126 patents as well as

abandoning various ones to manipulate the markets in those jurisdictions in violation of the Financial Terrorism Statutes and international treaty and law.

Plaintiffs seek an award equal to losses against enforcement in those Jurisdictions as well as Legal Fees and any other award the Court feels appropriate.

Michael E McNeil        *Michael E. McNeil  30 Sep 2016*

Todd S. Glassey         *30-Sep-2016*

**Jury Demand**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiffs demand a trial by jury of all issues so triable.

Counsel for Plaintiffs

# DEFENDANTS - State Sponsored Financial Terrorism Complaint - JASTA

## 1) Defendants – Republic Of Ireland Office of Tax Policy and Financial Services

As Members to the ROME STATUTE itself Ireland as both Commonwealth/EU and Subjects of the Crown has no grounds to block criminal prosecutions in this matter except that it itself is dependent on using the stolen property to operate the their nations themselves, and as such has converted and distributed that property free to  their businesses and Citizens, an act which is a war crime per se.  The Republic of Ireland formally acknowledged receipt of the materials proving the war-crime event occurred and blocked any further review of said same.

The Tax Policy Office has blocked as such any application of any of the controls around the private property seized as a war crime herein, an act of Financial Terrorism and violating existing Money Laundering agreements between Ireland and the US fully.


The Republic Of Ireland
taxpolicy@finance.gov.ie
Department of Finance
Government Buildings
Upper Merrion Street
Dublin 2, D02 R583
Ireland

**Tel:** +353 1 676 7571

**Office of the Minister**
**Tel:** 01-604 5626
**Fax:** 01-676 1951

**Office of the Minister of State**
(Office of Public Works)
**Tel:** 046-942 6408
**Fax:** 046-943 8450

**Office of the Secretary General**
**Tel:** 01-604 5580
**Fax:** 01-678 5622


## Description of actions

The Republic of Ireland first itself is a party to the EU EP0997808A3 Fraud; in doing so it "allows Microsoft, Google, Apple, Facebook, and other US Corporations to host-operations of subsidiary entities in the Nation of Ireland to 'sidestep' the enforcement of the US6370629 Settlement".

The Nation of Ireland itself uses the 'war crime' based properties for operating its computers and in doing so became Microsoft, and the other Vendor's protectors in their execution of international frauds to sidestep their liabilities.

JASTA Complaint – Defendants Defined                                                                 1

# DEFENDANTS – State Sponsored Financial Terrorism Complaint - JASTA

In all instances the operating of off-shored financial systems based on taking of the US6370629 IP constitutes a War Crime under Sections 2(a) and (b) of the ROME STATUTE, the Global International Crime Court's War Crime Statute.

## 2) Defendants –  Her Majesty's Government, UK, BVI, TCI, and Channel Islands

As Members to the ROME STATUTE itself  the UK and its member nations (BVI, TCI, Channel Islands etc) are Subjects of the Crown and have no grounds to block criminal prosecutions in this matter except that they themselves are dependent on using the stolen property to operate the their nations, and as such has converted and distributed that property free to  their businesses and Citizens, an act which is a war crime per se under the ROME STATUTES definitions.

Further their effort to block enforcement of the Settlement Terms in the US6370629 and US6393126 Settlements constitutes a second War Crime in the form of their (the UK's) refusing to enforce the UK Contracts Act of 1999 as its third-party rights apply here in all UK Nations. As such all UK Nations are controlled by the Settlement Terms and its mandatory enforcement in full in all UK Nations.

The refusal of any party within the UK Regulatory Framework to enforce said same settlements terms as perfected by the Contracts Act of 1999 is in violation of the War Crimes statute and eligible under JASTA to be a target of direct litigation in US Courts for a State Sponsored Financial Terrorist act as defined under the Law.

## Parliament – the prime minister, Ms. Theresa May, and her Predecessor, MP David Cameron

The office of the Prime Minister  was formally served (electronically) notice of the Settlements perfection and refused to allow them to be applied in violation of numerous agreements between the UK and US Government including disallowing the application of the Contracts Act of 1999, the quintessential law inside the UK itself.


## The UK National Crime Authority

Units 1 - 6 Citadel Place, Tinworth Street, London SE11 5EF

The NCA was formally served (electronically) notice of the Settlements perfection and refused to allow them to be applied in violation of numerous agreements between the UK and US Government including disallowing the application of the Contracts Act of 1999, the quintessential law inside the UK.


## The UK Serious Frauds Office

Serious Fraud Office 2-4 Cockspur Street London SW1Y 5BS

The UK SFO was formally served (electronically)notice of the Settlements perfection and refused to allow them to be applied in violation of numerous agreements between the UK and US Government including disallowing the application of the Contracts Act of 1999, the quintessential law inside the UK.

## DEFENDANTS - State Sponsored Financial Terrorism Complaint - JASTA

The result of the original investigation was "the British National Library's" pulling their entire digitally timestamped collection, re-stamping it with another vendors tools and then republishing it. They were in fact still in violation of the controls of the Contracts Act of 1999 as it pertained to any use of theirs or republication.

As such the SFO covered up massive use of the stolen property across all of Her Majesties Government from Surveillance to Commerce and again in Weapon Systems.

### The Financial Conduct Authority

Head Office: 25 The North Colonnade, London E14 5HS. Switchboard: 020 7066 1000. Company no. 01920623.

The FCA is responsible with NCA for internal Fraud and Property Conversion matters within the greater UK itself.

The FCA itself was formally served (electronically) notice of the Settlements perfection and refused to allow them to be applied in violation of numerous agreements between the UK and US Government including disallowing the application of the Contracts Act of 1999, the quintessential law inside the UK acknowledging other country's IP and Contract Rights within the Nations of the UK.

### The BVI Financial Service Commission

**British Virgin Islands Financial Services Commission**
Pasea Estate  P.O. Box 418 Road Town, Tortola, VG 1110  British Virgin Islands
Tel: 284-494-1324 or 284-494-4190

commissioner@bvifsc.vg

Responsible for licensing any Financial Service Provider, Bank, Money Transfer Service, and the Operations of services like Hedge Funds. Further it also uses the Stolen Properties meaning itself.

BVI Financial Service Commission was formally served notice of the Settlements perfection and refused to allow them to be applied in violation of numerous agreements between the UK and US Government including disallowing the application of the Contracts Act of 1999, the quintessential law inside the UK acknowledging other country's IP and Contract Rights within the Nations of the UK.

### The Turks and Caicos Financial Service Commission

P. O. Box 79 Waterloo Plaza, Grand Turk
Turks & Caicos Islands, BWI
Tel: (649) 946 – 2550/2791
Fax: (649) 946 – 2821/1714
Email: fsc@tcifsc.tc

JASTA Complaint – Defendants Defined                                                                 3

# DEFENDANTS - State Sponsored Financial Terrorism Complaint - JASTA

The TCI Financial Service Commission was formally served notice of the Settlements perfection and refused to allow them to be applied in violation of numerous agreements between the UK and US Government including disallowing the application of the Contracts Act of 1999, the quintessential law inside the UK acknowledging other country's IP and Contract Rights within the Nations of the UK.

### Description of actions

After formal complaints demanding compliance with the Settlement Agreement Terms under the UK Contracts Act of 1999 and related legal precedent and treaties were filed with all of the above named entities, they each denied their complicity or use of the stolen property and refused to stop any other parties they control from using the stolen (seized IP) and as such continue the effective commission of war-crimes with each new days fraudulent use of the stolen properties by the Agencies of Her Majesties Government.

The UK itself while a member of the EU is itself is a party to the EU EP0997808A3 Fraud; in doing so it "allows Microsoft, Google, Apple, Facebook, and other US Corporations to host-operations of subsidiary entities in the UK regulated banks and markets to 'sidestep' the enforcement of the US6370629 Settlement".

The UK and the named defendants within the UK itself uses the 'war crime' based properties for operating its computers and in doing so became Microsoft, and the other Vendor's protectors in their execution of international frauds to sidestep their liabilities.

In all instances the operating of off-shored financial systems based on taking of the US6370629 IP constitutes a War Crime under Sections 2(a) and (b) of the ROME STATUTE, the Global International Crime Court's War Crime Statute.

In the case of the FINANCIAL SERVICE COMMISSIONS, those entities as arms of HMG are actively working with parties who rely on the use of the stolen properties (the war crimes) in their corporate and banking systems operations. As such those parties (the Financial Service Commissions) are actively involved in the cover-up of the Financial Service Communities use of the War-Crime based conversion of the US6370629 IP.

### 2) Defendants - Canada, Australia, and South Africa

As Members to the ROME STATUTE itself Canada, Australia and South Africa as both Commonwealth and Subjects of the Crown has no grounds to block criminal prosecutions in this matter except that it itself is dependent on using the stolen property to operate the their nations

## DEFENDANTS - State Sponsored Financial Terrorism Complaint - JASTA

themselves, and as such has converted and distributed that property free to their businesses and Citizens, an act which is a war crime per se.

The Canadian Government was formally approached to revive the US6370629 instance filed in their Patent Office, they refused but also refused to criminally prosecute any party for its original fraudulent filing, meaning while they refused to 'fix the problem' they also seized the IP rights and distributed them freely to all Canadians. As such the Government of Canada committed a War Crime and can be sued under JASTA for said same.

The Government of Australia itself fraudulently withheld information about 54015/99 filing and hid the box-patent in a storage room where it magically appeared after being lost for over a decade. At that time they also finally turned over certified copies of it showing it not properly released, and its abandonment.

The Government of Australia refused to revive the filing, and instead provides continuing free-unpaid access around the terms of the Settlement and without any compensation; hence the Government of Australia reassigned property rights to itself and then gave them away to the Australian Public; a War Crime under the Rome Statute's definitions which the Nation of Australia is a direct signatory to.

The office of the prime minister is responsible for this fraud and Australia's blocking the revival or proper controls being implemented to allow them to continue using the IP they 'stole' as a War Crime under Section 2(a)(iv) and several sections of 2(b) of the ROME STATUTE which is the basis of the International Crime Court's operations.

South Africa's situation is identical to Australia's.

### The Nation of Canada and Prime Minister Trudeau

Parliament of Canada, Ottawa Ontario, K1A 0A9

### Australia Parliament – the prime minister, Gordon Turnbul

Parliament House, Canberra ACT 2600 Australia

### South Africa Parliament – the Office of the President the honorable Jacob Zuma

PO Box 15, Cape Town, 8000

# DEFENDANTS - State Sponsored Financial Terrorism Complaint - JASTA

### 3) Defendants – The European Commission and Minister Margrethe Vestager, Commissioner of EU Competition

The European Commission (and thus the European Union) was formally served (electronically) notice of the Settlements perfection and refused to allow them to be applied in violation of numerous agreements between the EU  and US Government including disallowing the application of the MLTA's between the US Department of State/US Department of Justice and the EU itself as well as individually with its member nations.

As such the EU and European Commission have blocked any review of their own actions as being a party to a war-crime (the non-military conversion of private property under the ROME STATUTE's clearly defined War Crimes definitions.

As Signatory Members to the ROME STATUTE itself the EU has no grounds to block criminal prosecutions in this matter except that it itself is dependent on using the stolen property to operate the EU and European Commission itself and as such has converted and distributed that property free to EU businesses and Citizens, an act which is a war crime per se. As such a JASTA claim against the EU and European Council members as defined is in order.

Rue de la Loi 200 / Wetstraat 200

1040 Bruxelles / Brussel

Belgique

Tel: +32 229-55136