| | |
|---|---|
| 1 | DAVID R. EBERHART (S.B. #195474) |
|   | deberhart@omm.com |
| 2 | ALEXANDER B. PARKER (S.B. #264705) |
|   | aparker@omm.com |
| 3 | O'MELVENY & MYERS LLP |
|   | Two Embarcadero Center, 28th Floor |
| 4 | San Francisco, California 94111-3823 |
|   | Telephone:     (415) 984-8700 |
| 5 | Facsimile:      (415) 984-8701 |
| 6 | Attorneys for Defendants |
|   | Apple Europe Limited, Apple Sales International, |
| 7 | Apple Operations Europe, Apple Operations |
|   | International, Apple Distribution International, and |
| 8 | Apple Operations |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE

| | |
|---|---|
| TODD S. GLASSEY, an individual and MICHAEL E. MCNEIL, an individual, | Case No. 5:16-CV-05606-EJD |
| Plaintiffs, | **APPLE DEFENDANTS' CIVIL L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | Case Filed: 10/03/2016 |
| The United Kingdom and its Prime Minister and Chancellor; The British Virgin Islands and their Financial Service Commission; The Turks and Caicos Islands and their Financial Service Commission; The Channel Islands Financial Services Ombudsman; The Republic of Ireland and its Tax Minister; Microsemi, an Irish Corporation; Microsoft Corporation (Dublin), an Irish Corporation; Apple Europe, an Irish Corporation; Facebook Corporation, an Irish Corporation; Google/Alphabet Corporation, an Irish Corporation; The European Union Council as the operator of the European Union; The Nation of Australia; The Dominion of Canada; The Republic of South Africa; Does I through L; Roes I through XX and Nations I through XX, | Judge: Hon. Edward J. Davila |
| Defendants. | |

1  Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding: Apple Inc.

Dated: December 22, 2016

DAVID R. EBERHART
ALEXANDER B. PARKER
O'MELVENY & MYERS LLP


By:   /s/ *David R. Eberhart*
          David R. Eberhart

Attorneys for Defendants
Apple Europe Limited, Apple Sales International, Apple Operations Europe, Apple Operations International, Apple Distribution International, and Apple Operations