**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD S. GLASSEY and MICHAEL E. MCNEIL, | No. C 16-05606 WHA |
| Plaintiffs, | |
| v. | **ORDER DENYING MOTION TO UN-RELATE CASES** |
| THE UNITED KINGDOM, *et al.*, | |
| Defendants. | |

The Court has considered plaintiffs' "administrative motion to rescind related case association order" (Dkt. No. 85) — essentially a motion to undo the undersigned's prior order relating this matter to *Glassey v. Microsemi*, Case No. 3:14-cv-03629-WHA (*see* Dkt. No. 73) — and the Apple defendants' opposition thereto. Plaintiff's motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 23, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE