IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TODD S. GLASSEY and MICHAEL E. MCNEIL,

    Plaintiffs,

v.

THE UNITED KINGDOM, *et al.*,

    Defendants.

No. C 16-05606 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court has considered the Apple defendants' motion to continue the case management conference and plaintiffs' opposition thereto. The case management conference is continued from February 2 to **MARCH 2 AT 11:00 A.M.** The case management statement is due by **FEBRUARY 23**.

**IT IS SO ORDERED.**

Dated: January 23, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE