AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Northern_____ District of _____California_____

Todd S Glassey and Micheal E McNeil
                        Plaintiff(s),
      V.

The Goverments of UK and Its External Nations
                        Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 16-CV-05606

Notice is hereby given that, subject to approval by the court, __Todd Glassey & Michael McNeil__ substitutes
                                                                                          (Party(s) Name)

__Dennis L. Kennelly__, State Bar No. __064916__ as counsel of record in
(Name of New Attorney)

place of __Todd S. Glassey and Michael E. McNiel (Plaintiffs in Pro Se)__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:        Law Office of Dennis L. Kennelly
    Address:           9107 Wilshire Blvd., Suite 450, Beverly Hills, CA 90210
    Telephone:       (650) 224-3113           Facsimile (818) 456-4832
    E-Mail (Optional):

I consent to the above substitution.
Date:    1/16/2017
                                                     (Signature of Party(s))

I consent to being substituted.
Date:
                                                     (Signature of Former Attorney(s))

I consent to the above substitution.
Date:    1/16/2017
                                                     (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    January 23, 2017.
                                                     Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]