IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TODD S. GLASSEY and MICHAEL E. MCNEIL,

    Plaintiffs,

  v.

THE UNITED KINGDOM, *et al.*,

    Defendants.

No. C 16-05606 WHA

**ORDER DENYING "SERVICE CONFIRMATION AND GUIDANCE MOTION"**

Plaintiffs filed a "LR-7-11 Motion Plaintiffs Service Confirmation and Guidance Motion" also described as "Plaintiffs Motion for Guidance in Service to Nation-States and finding that Service to Apple, Facebook, Google, Microsoft, and Microsemi is complete" (Dkt. No. 89). The Court has considered plaintiffs' motion, to the extent it is comprehensible, and the Apple defendants' opposition thereto. The motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 24, 2017.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE