IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD S. GLASSEY and MICHAEL E. MCNEIL,<br><br>  Plaintiffs,<br><br>  v.<br><br>THE UNITED KINGDOM, *et al.*,<br><br>  Defendants. | No. C 16-05606 WHA<br><br>**CASE MANAGEMENT ORDER** |

In order to impose order on the succession of complaints in the above-captioned matter, this case management order prohibits the filing of any further amended complaints without the express permission of the undersigned judge. This prohibition arises out of the brief but turbulent procedural history of the case thus far.

Plaintiffs, formerly proceeding pro se, filed the initial complaint on October 3, 2016. On October 17, 2016, Judge Beth Freeman concluded the complaint failed to state a claim for relief and was frivolous, and dismissed it with leave to amend (Dkt. No. 15). On November 16, 2016, plaintiffs filed the first amended complaint (Dkt. No. 37). The case was then reassigned to Judge Edward Davila. On December 22, 2016, the Apple defendants moved to dismiss the first amended complaint (Dkt. No. 69). The case was then related to a previous lawsuit by plaintiffs and reassigned to the undersigned judge. The Apple defendants' motion was fully briefed on January 11 (Dkt. No. 79). The next day, plaintiffs filed a second amended complaint, having neither sought nor received leave to do so (Dkt. No. 81).

The Apple defendants have indicated they will bring a renewed motion to dismiss the second amended complaint (Dkt. No. 86 at 1). This order therefore **DENIES AS MOOT** the currently pending motion to dismiss (Dkt. No. 69). The Court also notes that plaintiffs have recently retained counsel (Dkt. Nos. 95, 96). If plaintiffs' counsel wishes to file a third amended complaint, he must do so by **FEBRUARY 7 AT NOON**. If plaintiffs timely file a third amended complaint, then the Apple defendants shall please file any motion to dismiss the same by **FEBRUARY 21 AT NOON**.

The Apple defendants are entitled to a hearing and decision on their motion to dismiss this action. No further leave will be granted for plaintiffs to amend their pleadings until after the Court rules on the Apple defendants' motion, if ever.

**IT IS SO ORDERED.**

Dated: January 24, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE