IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD S. GLASSEY and MICHAEL E. MCNEIL, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED KINGDOM, *et al.*, <br><br> Defendants. | No. C 16-05606 WHA <br><br> **ORDER DENYING AS MOOT MOTIONS TO DISMISS SECOND AMENDED COMPLAINT** |

A prior case management order gave plaintiffs in this action until noon today to file a third amended complaint (Dkt. No. 99). Plaintiffs have timely done so (Dkt. No. 107). Pending motions to dismiss the second amended complaint are therefore **DENIED AS MOOT**. Defendants shall please file any motion to dismiss the third amended complaint by **FEBRUARY 21 AT NOON**.

**IT IS SO ORDERED.**

Dated: February 7, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE