IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD S. GLASSEY and MICHAEL E. MCNEIL, <br><br> Plaintiffs, <br><br> v. <br><br> MICROSEMI, *et al.*, <br><br> Defendants. | No. C 16-05606 WHA <br><br> **NOTICE RE CORRESPONDENCE FROM PLAINTIFF TODD GLASSEY** |

Although plaintiff Todd Glassey is represented by counsel, he has taken it upon himself to communicate to the Court — specifically, to Chief Judge Phyllis Hamilton — the attached correspondence, which has been forwarded to the undersigned judge. All are on notice that any motion to disqualify the undersigned judge should be filed in the normal way, *i.e.*, in the action pending before Judge Alsup. If the motion has any substance, then it will be referred to another judge for determination. Otherwise, this correspondence from plaintiff will be ignored.

Dated: March 16, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE