IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD S. GLASSEY and MICHAEL E. MCNEIL, <br><br> Plaintiffs, <br><br> v. <br><br> MICROSEMI, *et al.*, <br><br> Defendants. | No. C 16-05606 WHA <br><br> **ORDER DENYING PERMISSION FOR ELECTRONIC CASE FILING AND RE EMAIL** |

This civil action began as a pro se action by plaintiffs Todd Glassey and Michael McNeil against a laundry list of foreign nations and international corporations. The complaint, to the extent comprehensible, accused the defendants of "war crimes," "financial terrorism," and other illegal conduct under the Justice Against Sponsors of Terrorism Act, based on their failure to stop various patent filings that allegedly violated plaintiffs' property rights. In due course, Attorney Dennis Kennelly appeared on behalf of plaintiffs.

On March 17, while multiple motions to dismiss remained pending but before any answer had been filed, Attorney Kennelly, acting on behalf of plaintiffs, voluntarily dismissed the entire case (Dkt. No. 128). That ended the litigation.

On April 21, Glassey filed a "Motion for Permission for Electronic Case Filing." The motion caption incorrectly described both Glassey and McNeil as plaintiffs "In Pro Se." The body of the motion identified Glassey as the sole movant, and his is the sole signature on the

motion. The motion appended the following email, dated April 13, from Glassey to the Courtroom Deputy (Dkt. No. 129):

> Deputy Logan, our Counsel (Dennis Kennelly) has 'formally abandoned' the case it appears. We have not been able to speak with him in weeks now.
>
> We understand there was a slew of filings we have not been served with. We need to get this corrected ASAP if possible.
>
> The proposed order from the original ECF access filing *(pre-case number assignment) is submitted as well. Because of the timeliness of this request, we are sending it directly to you since the ECF folks have disabled our ability to file documents in the case already. We if the Court also wants will mail a copy of this to the Clerk if necessary too.
>
> Thank you for your help in this matter.

If plaintiffs wish to reopen the case, they must try to do so via a proper motion. The foregoing email is not a proper motion. Moreover, since Attorney Kennelly remains counsel of record for plaintiffs, any motion from plaintiffs would have to be filed by Attorney Kennelly unless plaintiffs formally substitute themselves in his place. In addition, plaintiff Glassey cannot represent plaintiff McNeil.

The motion for permission for electronic case filing is **DENIED** until plaintiffs formally substitute themselves in place of Attorney Kennelly, who remains their counsel of record in this terminated action.

**IT IS SO ORDERED.**

Dated: May 4, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2