IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD S. GLASSEY and MICHAEL E. MCNEIL, <br><br> Plaintiffs, <br><br> v. <br><br> MICROSEMI, *et al.*, <br><br> Defendants. | No. C 16-05606 WHA <br><br> **ORDER DENYING AS WITHDRAWN MOTIONS FOR PERMISSION FOR ELECTRONIC CASE FILING** |

On May 9, plaintiffs in this terminated civil action filed requests to substitute themselves for their attorney of record, Dennis Kennelly, and moved for permission for electronic case filing (Dkt. Nos. 131–34). A prior order set these matters for hearing on June 8 and required that plaintiffs attend the hearing in person (Dkt. No. 136). Today, plaintiffs filed a "Dismissal without prejudice of ECF Access Motion" that stated, "both Plaintiffs do formally dismiss without prejudice and withdraw their Pro Se 'motion for ECF Access' and in so doing do formally waive the June 8th Hearing Date." The "Dismissal" also reiterated their request to remove Attorney Kennelly as counsel of record (Dkt. No. 142).

Pursuant to plaintiffs' new filing, their motions for permission for electronic case filing (Dkt. Nos. 131, 133) are **DENIED AS WITHDRAWN**. Plaintiffs' requests to remove Attorney Kennelly and proceed pro se, however, remain set for hearing on **JUNE 8 AT 8:00 A.M.** in Courtroom 8 on the 19th floor of the San Francisco courthouse. To repeat, plaintiffs shall attend the hearing in person. This order also serves as additional notice to Attorney Kennelly

that the hearing remains scheduled for June 8, and it would be of service to the Court if he would attend (*see* Dkt. No. 141). Again, allowance of this hearing in no way suggests that, if substitution of counsel is permitted, this closed case will be reopened.

**IT IS SO ORDERED.**

Dated: May 30, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE